UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANE DOE,** Petitioner, | : | MISC. NO. 07-460 (GK) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Respondent.** | : | |

### NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above captioned matter is assigned to Assistant United States Attorneys Daniel P. Butler and Catherine K. Connelly. AUSA Butler can be reached at telephone number (202) 353-9431 and/or email address Daniel.Butler@usdoj.gov and AUSA Connelly can be reached at telephone number (202) 616-3384 and/or email address Catherine.Connelly@usdoj.gov this is notice of appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____/s/_____
DANIEL P. BUTLER
Assistant United States Attorney
DC Bar No. 417718
555 4th Street, N.W., Room 5231
Washington, DC 20530

_____/s/_____
CATHERINE K. CONNELLY
Assistant United States Attorney
DC Bar No. 649430
555 4th Street, N.W., Room 4844
Washington, DC 20530