UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JANE DOE,** Petitioner, | : | MISC. NO. 07-460 (GK) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| Respondent. | : | |

### GOVERNMENT'S RESPONSE TO PETITIONER'S EXPEDITED MOTION TO INTERVENE AND MOTION FOR A PROTECTIVE ORDER

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Petitioner's Expedited Motion to Intervene and Motion for a Protective Order filed on November 7, 2007. In support of this response, the government states as follows:

On October 18, 2007, pursuant to defendant's motion in United States v. Palfrey, 07-046 (GK), the Court ordered the government to disclose to defense counsel the name of the witness ("Jane Doe") referenced in an August 16, 2007 WTOP radio interview. Dkt. Nos. 137 (Order) and 136 at 9-10 (accompanying Memorandum Opinion). In response, on November 7, 2007, Jane Doe's attorney filed an Expedited Motion to Intervene and Motion for a Protective Order in the above-captioned case.

The government does not take a position on Jane Doe's motion. Rather, it defers to the Court as to the merit of her motion.[1]

---

[1] Given the pendency of the Motion to Intervene and for a Protective Order, however, the government is reluctant to provide Jane Doe's name until the above-captioned matter has been heard and resolved. On the other hand, the government does not want to be in non-compliance with the Court's October 18, 2007 Order and accompanying Memorandum Opinion. As such, the government plans to file today a motion in the criminal case seeking leave to delay disclosure of Jane Doe's name until the Motion to Intervene and for a Protective Order has been resolved.

WHEREFORE, the United States respectfully files this response to Jane Doe's Expedited Motion to Intervene and Motion for a Protective Order.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
DC Bar No. 498610

/ s /  *Daniel P. Butler/Catherine K. Connelly*
_____
Daniel P. Butler
DC Bar No. 417178
Catherine K. Connelly
Mass. Bar No. 649430
Assistant United States Attorneys
555 4th Street, N.W.
(202) 353-9431, 616-3384
Washington, D.C. 20530
Daniel.Butler@usdoj.gov
Catherine.Connelly2@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Government's Response has been served by electronic mail upon counsel for the petitioner, Athan T. Tsimpedes, at atsimpeded@comcase.net, as well as the attorney, Montgomery Blair Sibley, at mbsibley@civilforfeiture.com, who represents the defendant in the related matter referenced in the Response, this 9th day of November, 2007.

/ s /  *Daniel P. Butler/Catherine K. Connelly*
_____
Daniel P. Butler
Catherine K. Connelly
Assistant United States Attorneys