UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
JANE DOE,                         :
                                  :
        Petitioner,               :
                                  :
     v.                           :  Misc. Action No. 07-0460 (JR)
                                  :
UNITED STATES OF AMERICA,         :
                                  :
        Respondent.               :
```

**ORDER**

Jane Doe's motion to intervene and for a protective order [Dkt. 1] is **denied**.

The Government has previously been ordered to release Jane Doe's name to defense counsel in United States v. Palfrey, No. 07-0046 at Dkt. 136, and it must now comply with this order if it has not already done so. This disclosure is, of course, subject to the terms of the Stipulated Protective Order already in place, No. 07-0046 at Dkt. 49.

JAMES ROBERTSON
United States District Judge