CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOE | ) |
| | ) |
| Plaintiff | ) Misc. Case Number 07-460 (JR) |
| | ) |
| | ) Category   0 |
| UNITED STATES OF AMERICA | ) |
| | ) |
| Defendant | ) |

**REASSIGNMENT OF CIVIL CASE**

The above-entitled case was reassigned on <u>March 10, 2008</u> from <u>Judge Gladys Kessler</u> to <u>Judge James Robertson</u> by direction of the Calendar Committee.

(Judge Robertson has related Criminal Case No. 07-0046)

ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Robertson</u> & Courtroom Deputy
      <u>Judge Kessler</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee